UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVINEC
_____
Plaintiff

vs.    Civil Action No. 05-1690

MARY MUNCIE, INDIVIDUALLY
(AND AS AGENT OF U.S DEPARTMENT OF EDUCATION, 400 MARYLAND AV SW WASHINGTON-20201
_____
Defendant

NOTE: U.S. DEPARTMENT OF EDUCATION IS ERRONEOUSLY OMITTED FROM JUDGE KESSLER'S FILE TITLE

## NOTICE OF APPEAL

Notice if hereby given this 9th day of SEPTEMBER, 2005, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 19th day of AUGUST, 2005 in

favor of MARY MUNCIE, OMISSION OF ROLE AS DIRECTOR OF AWARENESS AND OUTREACH DIVISION, FEDERAL STUDENT AID, 830 FIRST ST, NE D.C.

against said JOSEPH SLOVINEC

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

CLERK    Please mail copies of the above Notice of Appeal to the following at the addresses indicated: MR. KENT TALBERT
LEGAL COUNSEL
U.S. DEPARTMENT OF EDUCATION
400 MARYLAND AV SW
WASHINGTON, DC 20001

RECEIVED
SEP - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT