PRAECIPE

# United States District Court
# for the District of Columbia

RECEIVED
AUG 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __22ND__ day of __AUGUST__ 19__2005__

JOSEPH SLOVINEC vs. MARY MUNCIE, INDIVIDUAL AND AS AGENT, U.S. DEPARTMENT OF EDUCATION (DIRECTOR - AWARENESS AND OUTREACH DIVISION, FEDERAL STUDENT AID)

Civil / Criminal Action No. __8117 NOT YET DESIGNATED__ (A/V)

The Clerk of said Court will

ON AUG. 17 2005, PLAINTIFF WAS EVICTED AND LEARNED OF IT ABOUT 7 A.M. AUGUST 18 - PLAINTIFF ATTENDED PREVIOUSLY SCHEDULED AUGUST 18 APPOINTMENT IN D.C. AND REMAINED IN D.C. UNDER ECONOMIC DURESS

Date: AUGUST 22, 2005

Signature: Joseph Slovinec

BAR IDENTIFICATION NO.: PRO SE - DO NOT USE - 5325
WESTBARD, BETHESDA, MARYLAND OLD ADDRESS

Print Name: JOSEPH SLOVINEC
Address: 425 2ND ST., N.W.
City: WASHINGTON  State: DC  Zip Code:
Phone Number: 202-393-1909 OR 202.393.4409

TEMPORARY UNTIL FURTHER NOTICE, NOT A PERMANENT ADDRESS

CERTIFICATE OF SERVICE