FILED
SEP 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH SLOVENIC, )
 )
 Plaintiff, )
 )
v. ) Civil Action No. 05-1690
 )
MARY MUNCIE, )
 )
 Defendant. )
_____)

### ORDER

This matter is before the Court on consideration of plaintiff's Motion for Reconsideration, which the Court construes as a motion to alter or amend pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

Motions under Fed. R. Civ. P. 59(e) are disfavored, and relief under the rule is granted only when the moving party establishes extraordinary circumstances. *See Anyanwutaku v. Moore,* 151 F.3d 1053, 1057 (D.C. Cir. 1998) ("Rule 59(e) motions need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct clear error or prevent manifest injustice"). A Rule 59(e) motion is not a second opportunity to present arguments upon which the Court already has ruled, or to present arguments that could have been presented earlier. *See W.C. & A.N. Miller Co.'s v. United States,* 173 F.R.D. 1, 3 (D.D.C. 1997), *aff'd sub nom. Hicks v. United States,* No. 99-5010, 1999 WL 414253 (D.C. Cir. May 17, 1999).

1

Having reviewed plaintiff's motion and the record in this case, the Court finds no basis to grant the relief plaintiff now seeks.

Accordingly, it is hereby

ORDERED that the Motion to Alter or Amend is **DENIED**.

SO ORDERED.

_____
United States District Judge

DATE: 9/19/05