# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-5372

September Term, 2005

05cv01690



MANDATE

Pursuant to the provision of Fed. R. App. Pro. 41(a)

ISSUED: 6, 15, 06

BY:

ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    MAR 1 0 2006

CLERK

Joseph Slovinec,
          Appellant

v.

Mary Muncie, individually, and as Agent of U.S.
Department of Education,
          Appellee

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BEFORE:    Ginsburg, Chief Judge, and Tatel and Griffith, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and the supplement thereto filed by appellant. It is

ORDERED AND ADJUDGED that the district court's order filed August 24, 2005 be affirmed. The district court properly denied appellant's emergency motion for injunctive relief because appellant did not satisfy the stringent standards necessary for the relief he sought. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977). Furthermore, the district court did not abuse its discretion in dismissing the complaint without prejudice for failure to comply with the requirements of Federal Rule of Civil Procedure 8(a), as the complaint did not contain "a short and plain statement of grounds upon which court's jurisdiction depend[ed]." See Ciralsky v. CIA, 355 F.3d 661, 668-69 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk